UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Doug Bilsky,                                                            Case No. 15-12151

        Plaintiff,

                                                    Judge Nancy G. Edmunds

   -vs-

Ability Recovery Services,

        Defendants.
_____

ORDER OF DISMISSAL

The Court having been notified that the parties have reached a settlement of the case,

IT IS HEREBY ORDERED that the docket be marked "Settled and Dismissed without Prejudice. Each party to bear own costs".

IT IS FURTHER ORDERED that any subsequent Dismissal filed setting forth specific settlement terms and conditions shall supersede this Order. The Court retains jurisdiction to vacate this Order upon good cause shown that settlement has not been completed. All pending dates are hereby adjourned.

IT IS SO ORDERED.

s/ Nancy G. Edmunds
Nancy G. Edmunds
UNITED STATES DISTRICT JUDGE

Date: March 9, 2016